# EXHIBIT 2

GRANTED

EFiled: Sep 05 2024 01:43PM EDT
Transaction ID 74241050
Case No. 2022-1132-BWD

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| GLOBAL DISCOVERY BIOSCIENCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS S. HARRINGTON, THE ARK PARTNER LLC, SMART HEALTH DIAGNOSTICS COMPANY F/K/A PREDICTIVE HEALTH DIAGNOSTICS COMPANY, MATTHEW NUÑEZ, DANIEL ANGRESS, and VISIONARY PRIVATE EQUITY GROUP,<br><br>Defendants. | C.A. No. 2022-1132-BWD |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL VISIONARY PRIVATE EQUITY GROUP'S
<u>COMPLIANCE WITH SUBPOENA</u>**

WHEREAS, Plaintiff Global Discovery Biosciences Corporation ("Plaintiff") having filed a Motion to Compel Visionary Private Equity Group's ("VPEG") Compliance with Subpoena (the "Motion") and the Court having found good cause therefor,

IT IS HEREBY ORDERED, this _____ day of _____, 2024, that:

1. The Motion is GRANTED;

2. VPEG shall produce the documents requested in the subpoena;

3. VPEG shall designate a Rule 30(b)(6) witness for a deposition; and

4. VPEG shall pay Global's costs, including attorneys' fees, incurred in preparing the Motion.

_____
Magistrate Bonnie W. David

| | |
|---|---|
| **This document constitutes a ruling of the court and should be treated as such.** | |
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Bonnie W. David |
| **File & Serve Transaction ID:** | 74115156 |
| **Current Date:** | Sep 05, 2024 |
| **Case Number:** | 2022-1132-BWD |
| **Case Name:** | CONF ORDER Global Discovery Biosciences Corporation v. Douglas S. Harrington, The ARK Partner LLC, Smart Health Diagnostics Company fka Predictive Health Diagnostics Company, Matthew Nuñez, et al. |
| **Court Authorizer:** | Bonnie W. David |

**Court Authorizer Comments:**

See September 5, 2024 hearing transcript. Plaintiff's counsel shall file a Rule 88 affidavit within fourteen days.

/s/ Judge Bonnie W. David