IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Oliver and Company, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>Dr. Ronald Zamber, et al.<br><br>*Defendants.* | Civil Action No. 4:25-cv-00132 |

### ENTRY OF APPEARANCE OF COUNSEL

COMES NOW Duggins Wren Mann & Romero, LLP, by and through its attorneys David B. McCall and Blair B. McCall, who hereby enters its appearance as counsel for Visionary PE GP I, LLC.

David B. McCall    13344500TX
Blair B. McCall      24119245TX

DUGGINS WREN MANN & ROMERO, LLP
600 Congress Ave
Unit 2700
Austin, TX 78701-3349
T: (512) 744-9300
F: (512) 744-9399
E: dmccall@dwmrlaw.com
E: bmccall@dwmrlaw.com

**ATTORNEYS FOR
VISIONARY PE GP I, LLC**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification to all counsels of record.

*/s/ Blair B. McCall*
David B. McCall       13344500TX
Blair B. McCall        24119245TX

DUGGINS WREN MANN & ROMERO, LLP
600 Congress Ave
Unit 2700
Austin, TX 78701-3349
T: (512) 744-9300
F: (512) 744-9399
E: dmccall@dwmrlaw.com
E: bmccall@dwmrlaw.com

**ATTORNEYS FOR
VISIONARY PE GP I, LLC**