**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OLIVER AND COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00132-MTS |
| | ) | |
| DR. RONALD ZAMBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S REPORT SUMMARIZING**
**PORTFOLIO COMPANY INQUIRIES AND RESPONSES**

**COMES NOW** Receiver Jason Buhlinger ("Receiver"), by and through his undersigned counsel, and attaches hereto as Exhibit 1 his report summarizing information regarding his inquiries to the portfolio companies of Visionary Private Equity Group I LP and responses he has received to date.  Receiver does not believe this report contains information that would require Receiver to seek leave to file it under seal.

Dated: July 7, 2026

Respectfully submitted,

**LEWIS RICE LLC**

By:   /s/ C. David Goerisch
      Larry E. Parres, #35597MO
      C. David Goerisch, #48418MO
      600 Washington Avenue, Suite 2500
      St. Louis, Missouri 63101
      (314) 444-7600 (telephone)
      (314) 612-7683 (facsimile)
      lparres@lewisrice.com
      dgoerisch@lewisrice.com

      Attorneys for Receiver Jason Buhlinger