Date:  July 7, 2026

From: Jason Buhlinger, Armanino Advisory LLC

To:   United States District Court
      Eastern District of Missouri
      Eastern Division

**RE: Summary of Portfolio Company Inquiries and Responses**

---

### Introduction

As we continue to operate Visionary Private Equity Group I LP ("VPEG") and Visionary Fund Manager LLC ("VFM") in the ordinary course of business as directed by the Court, we have continued to gain visibility into the investments made by VPEG (i.e., portfolio companies). Our current understanding of the portfolio companies is based on a mosaic of information, including (but not limited to):

- Investment documentation provided by Kevin Huss and Brigitte Bonetti in June 2025.
- Information provided by VPEG professionals to current and potential lenders and investors prior to the appointment of the Receiver.
- Information provided to Mr. Grenley, Dr. Zamber, and/or Mr. Cosby by portfolio companies prior to the appointment of the Receiver.
- Information compiled from publicly available sources, such as S&P Capital IQ and the Securities and Exchange Commission ("SEC").
- Information provided directly to the Receiver by various portfolio companies.

During a preliminary injunction hearing in March 2026, the Receiver testified about the value of VPEG's assets and indicated the assets appear to be worth $10 million or less. It is important to note, as the Receiver stated during his testimony, this does not reflect an expert opinion, formal valuation or appraisal (which would be subject to applicable professional standards for the valuation profession), or a final estimated value. The information provided to the Court at the hearing was, and still is, preliminary in nature and subject to change as additional information becomes available.  The Receiver believes formal valuations should be performed for all VPEG's holdings and should have historically been performed by VPEG in the ordinary course of business by VPEG leadership.  Unfortunately, third-party valuations were not performed, and at this point the significant cash liquidity problems at VPEG make the performance of formal third-party valuations impossible to complete.  In lieu of the ability to perform formal valuations, the Receiver has attempted to estimate the value of VPEG's investment holdings through other means, as referenced in the bulleted list above.

Exhibit 1

## Executive Summary

Based on the information available as of the date of this report,[1] and explained in more detail herein, the Receiver estimates the portfolio of VPEG is likely worth approximately $3,500,000[2] as shown in the table below:

---

[1] It is important to note that the values estimated below are valid as of the date of this report.  If an entity does not have a value listed in this report, it does not mean the entity will never have any value.  The value of companies change all the time, and the value of VPEG's investments will change in the future.  Some may go up, some may stay the same, and some may go down.

[2] This value, as discussed in the Receiver's prior testimony and discussed earlier in the report, is not an opinion of value subject to a formal valuation engagement. It is provided for transparency and to assist the Court.

Exhibit 1

| VPEG Investments | Black Saddle LOI Indicated Value as of 12.31.24 | Portfolio Company Indicated Current Value | Reason / Basis / Notes For Indicated Current Value |
|---|---|---|---|
| Tusk Venture Fund | $ 6,162,640 | $ 1,033,210 | Per Portfolio Company |
| Circle Internet Group Stock | n/a | 318,474 | Publicly Traded |
| Blockfills | 5,270,713 | - | Filed for Chapter 11 Bankruptcy |
| Fortior | 15,900,061 | - | Significant Negative Retained Earnings |
| Hyperice | 1,204,734 | 500,000 | "Floor" Value Per Portfolio Company |
| El Cano SPAC | 3,619,976 | - | Per Portfolio Company, No More Value Expected |
| Roadzen Inc. | n/a | 246,889 | Publicly Traded |
| Roadzen Inc. (Warrants) | n/a | 57,841 | Publicly Traded |
| World Champion Fantasy | 2,457,618 | - | N/A, No Value Indicated |
| COMET | 907,986 | 215,200 | Per 409a Common Share Price |
| Luna Care | 266,773 | 0 | Per Portfolio Company and 409a Common Share Price |
| Michigan Potash Company LLC | 3,489,431 | 165,000 | Per Portfolio Company Price Per Unit |
| McCarvill Capital Partners | 263,648 | - | N/A, No Value Indicated |
| Recovery Force | 648,756 | 259,245 | Per Portfolio Company Price Per Unit |
| SmartHealthDx | 2,089,124 | 229,169 | Per Portfolio Company Price Per Unit (Option Exercise Price) |
| Spiffy | 202,905 | - | N/A, No Value Indicated |
| Subnation | 200,000 | - | Per Portfolio Company, No Longer Operating |
| BioQ Pharma | 3,911,373 | - | N/A, No Value Indicated |
| AntMoney Blast | 1,483,896 | 6,050 | Per Portfolio Company |
| The Power of Preparedness | 651,836 | - | Per Company Historical Financials and Need For Additional Funding |
| TyreFlow | 250,000 | - | Per Counsel for Portfolio Company, Note is in Default and Company Seeking Funding |
| Thirteen Lune | 240,943 | 465 | Entitled to Purchase Shares in New Legal Entity |
| Revelator | 301,182 | 500,000 | Estimated Liquidity From Sale |
| Zeep | 355,292 | - | Filed for Chapter 11 Bankruptcy |
| Visionary Media Group | 15,691,913 | - | Per Company Financials, Significant Losses and Negative Retained Earnings |
| VEAM | na | - | Per Company Financials, Significant Losses and Negative Retained Earnings |
| Victory Clean Energy | 19,075,949 | 10,192 | Publicly Traded |
| Shop4E | 4,101,028 | - | No Revenue, No Bank Account |
| POP! Gourmet | 5,036,241 | - | Sherriff Sale |
| Visionary Vaccination & Health Services | 1,187,792 | - | Defunct |
| Navitus Energy Group | 16,950,484 | - | No Substantive Information Available, Related to Other Low-Value Portfolio Companies |
| Homeplate | 150,000 | - | Undeliverable Email Address, Expired Website, Inactive Corporation Status |
| IDM | 3,526,832 | - | No Revenue, No Assets, Only Interest and Amortization Expenses |
| Heath Impact United | 2,200,000 | - | Undeliverable Email Address, No Public Information |
| META (The Meta Agency dba Meta) | 1,752,042 | - | N/A, No Value Indicated. Company Engaged in Litigation Against Meta Inc. (Facebook/Instagram) |
| Café Agave | 857,168 | - | Per Mr. Grenley's 2023 Portfolio Update, Only Activity Was Insurance Claim |
| Black Acre | 1,289,986 | - | N/A, No Value Indicated. No Public Information Available |
| HFLP | 324,301 | - | N/A, No Value Indicated. No Public Information Available |
| NanobiosymDx (Nano) | 670,000 | - | N/A, No Value Indicated. Public Information Stale (2021, Related to COVID Testing) |
| Renovare Environmental | n/a | 12 | Publicly Traded |
| **Total** | **$ 122,692,623** | **$ 3,541,746** | |

Exhibit 1

## The Request and Flow of Information

In an effort to provide transparency to the limited partners of VPEG and to provide the Court with additional information, the Receiver has prepared this report summarizing the information available for each portfolio company as well as the estimated value of VPEG's portfolio. Additional supporting information is not being filed with the Court at this time due to confidentiality concerns.

Over the past year or so (since being appointed on June 5, 2025), the Receiver has requested information about the portfolio companies from a variety of individuals. He first requested information regarding VPEG's portfolio companies on June 24, 2025, and again on July 10, 2025.[3]  On August 15, 2025 (nine months ago), the Receiver again requested information on VPEG portfolio investments, but this time the request was communicated to Steve Giacin, Allen Ali, Kevin DeLeon, Brigitte Bonetti, Jim Hart, and Don Riggs.  In this instance, the Receiver specifically asked for the following information from each portfolio company:

- *Confirmation of the type of investment we own (common equity, preferred stock, warrants, SAFE Notes, LLC units, etc.)*
- *The date each investment VPEG has made (if VPEG has made more than one investment in the same entity on more than one occasion, I want to know the date each investment was made)*
- *The total dollar amount of each investment*
- *A signed copy of the contract/agreement that is in place governing each investment*
- *A copy of the portfolio company's most recent 409a valuation (if performed and they are willing to share)*
- *If no 409a valuation, is there any other type of valuation the portfolio company is willing to share (either internal or external)?*
- *An estimate of the total percentage of equity that we own (assuming our investment is equity related) in the portfolio company*
- *Any details on when the next liquidation event is expected, and if available, the amount they expect VPEG will receive upon liquidation*
- *Any cash calls that have been missed by VPEG from January 1, 2021, through the present.  Including the dollar amount(s) and date(s) of the calls that were missed*
- *Any and all tax documents, including, but not limited to K-1s, for VPEG (or any other VPEG related entity) for tax year 2024*

At the time, it was the Receiver's understanding (through discussions with the aforementioned individuals) that Messrs. DeLeon and Ali may be best suited to follow up with their contacts at the various portfolio companies, as they had historically been managing those relationships. However, to receive the assistance of Messrs. DeLeon and Ali, VPEG was told it needed to set up some compensatory model for their assistance. At the time (and currently), VPEG did not (and still does not) have the liquidity to put in a payment-for-service model with Messrs. DeLeon and Ali.

Given the inability of VPEG to pay for outside consultants in amounts they requested to help due to ongoing liquidity issues, the Receiver began reaching out directly to representatives of the portfolio companies in February 2026 (after a thorough and expansive search of the investment documents that had been initially made available from Kevin Huss and Brigitte Bonetti, email accounts of Mr. Grenley and Dr. Zamber, and other research of publicly available information to locate the best points of contact).[4] The Receiver provided a substantively identical request to the one above to each portfolio company for which we could identify a point

---

[3] In an effort to receive some positive assurance on the portfolio holdings of VPEG, the Receiver requested an initial batch of information from the investor representative team through Brigitte Bonetti.

[4] Because the Receiver is already significantly in arrears on payment for his services, there was no immediate cash expenditure by VPEG for the Receiver to reach out to the portfolio companies (that would otherwise have been needed for Messrs. DeLeon and Ali to reach out to the portfolio companies).

Exhibit 1

of contact. The responses to the Receiver's request from each portfolio company are summarized in the ensuing sections of this document.

## Portfolio Companies

A brief description and summary of the information received, or in some cases, lack thereof, from each portfolio company follows.

### *Tusk Venture Fund*

In a letter-of-intent from early 2025 with Black Saddle Capital Partners LLC (the "Black Saddle LOI"), VPEG indicated that its investment in Tusk Venture Fund ("Tusk") was worth $6,162,640 as of December 31, 2024.

Tusk provided the following information pursuant to our request:

- VPEG has a 3.532% interest in Tusk.
- The estimated capital account balance (which Tusk indicated is representative of value) for VPEG as of December 31, 2025, was $1,033,210.
- There is no visibility into future liquidity events from Tusk's portfolio companies.

In late 2025, Tusk also provided a distribution-in-kind of shares of Circle Internet Group ("CRCL"), a publicly-traded company. VPEG has sold some of those shares pursuant to a Court ruling but retains 5,085 shares. Based on the price as of June 30, 2026, the value of VPEG's position in CRCL is $318,474.

### *Blockfills*

In the Black Saddle LOI, VPEG indicated that its investment in Blockfills was worth $5,270,713 as of December 31, 2024.

On March 15, 2026, Blockfills filed for Chapter 11 bankruptcy.[5] In the months prior to the filing, Blockfills had suspended client deposits and withdrawals.[6]

---

[5] https://www.blockfills.com/2026/03/15/blockfills-statement-on-important-company-updates-and-chapter-11-bankruptcy-filing/
[6] https://www.blockfills.com/2026/02/11/blockfills-statement-on-recent-temporary-suspension-on-client-deposits-withdrawals-02-11-2026/

Exhibit 1

*Fortior Solutions*

In the Black Saddle LOI, VPEG indicated that its investment in Fortior was worth $15,900,061 as of December 31, 2024.

VPEG's investment in Fortior Solutions[7] was made through a separate legal entity, Visionary Fortior Solutions LLC ("Visionary Fortior"). VPEG has a 99% limited partner interest in Visionary Fortior, and Visionary Fortior has a 24.5% limited partner interest (as of December 31, 2024) in Fortior Solutions.[8] Because VPEG is not a direct investor in Fortior Solutions, there are legal complications that affect the Receiver's ability to obtain information directly from Fortior Solutions. Some documentation related to Fortior Solutions, however, is available.

As of December 31, 2024, Visionary Fortior's capital account, as reported on its K-1 from Fortior Solutions, was -$17,194,228. VPEG also received (from Mr. Grenley's email correspondence with a finance employee at Fortior Solutions) a year-to-date financial statement for the period ended September 30, 2024. That financial statement indicated year-to-date revenue of $979,264, and year-to-date net income of -$14,688,657. The balance sheet included total assets of $2,375,559, total liabilities of $87,254,369, and total retained earnings of -$156,944,159.

*Hyperice*

In the Black Saddle LOI, VPEG indicated that its investment in Hyperice was worth $1,204,734 as of December 31, 2024.

Hyperice provided the following information pursuant to our request:

- VPEG has a 0.06% interest in Hyperice (via Series B units).
- The Series B investment has a "floor" value of $500,000 due to a guaranteed 1x preference (i.e., a guaranteed 1x value on the initial investment) assuming that common shares are not eliminated.
- There is not a clear line of sight into liquidity events, but Hyperice is hoping to provide liquidity in the coming years.

*El Cano SPAC*

In the Black Saddle LOI, VPEG indicated that its investment in El Cano SPAC was worth $3,619,976 as of December 31, 2024.

El Cano SPAC provided the following information pursuant to our request:

- El Cano SPAC made a recent distribution in-kind of Roadzen stock (discussed in more detail below).
- VPEG has received all of the value or liquidity it will get from El Cano SPAC.
- The documents and information we requested were moot for these reasons.

The VPEG shares and warrants in Roadzen, Inc. (169,102 shares and 292,866 warrants) are publicly traded. As of June 30, 2026, the shares were worth $246,889 and the warrants were worth $57,841.

---

[7] The legal name of Fortior Solutions is FSIHC LLC. We refer to it as Fortior Solutions for ease of reference.
[8] We also noted that Visionary Fortior has seen a dilution of its interest in Fortior Solutions over the past few years. As of December 31, 2021, Visionary Fortior had a 42.7% interest in Fortior Solutions, which is down to 24.5% by December 31, 2024.

Exhibit 1

*World Champion Fantasy*

In the Black Saddle LOI, VPEG indicated that its investment in World Champion Fantasy was worth $2,457,618 as of December 31, 2024.

We noted that VPEG invested in World Champion Fantasy through a $200,000[9] Simple Agreement for Future Equity (a "SAFE Note"), which is a common method of investing in start-up companies. SAFE Notes are a form of convertible debt.

World Champion Fantasy provided the following information pursuant to our request:

- World Champion Fantasy was anticipating a March 2026 launch and was seeking capital to make the launch successful.
- Apple had approved the company's launch in the App Store, and with funding, Android would do the same.

*COMET*

In the Black Saddle LOI, VPEG indicated that its investment in COMET[10] was worth $907,986 as of December 31, 2024.

COMET provided the following information pursuant to our request:

- VPEG owns a 1.345% interest in COMET on a fully diluted basis (1,345 fully diluted shares).
- COMET provided a 409a valuation indicating the common shares were worth $160 per share as of July 31, 2025, which would result in a value of VPEG's position in COMET of $215,200.
- COMET also indicated that Navitus Energy Group (another VPEG portfolio company, discussed elsewhere in this report) also has an ownership interest, and that Navitus Energy Group's interest was originally derived from funds provided by VPEG on behalf of Navitus Energy Group.

*Luna Care*

In the Black Saddle LOI, VPEG indicated its investment in Luna Care was worth $266,773 as of December 31, 2024.

Luna Care provided the following information pursuant to our request:

- VPEG owns 41 common shares of Luna Care.
- Luna Care provided a 409a valuation indicating the common shares were worth $0.01 per share as of September 2, 2025, which would result in a value of VPEG's position in Luna Care of $0.41.
- Luna Care did not indicate any future liquidity events or missed capital calls (replying "N/A" to questions on these topics).

---

[9] While the SAFE Note indicates a $200,000 investment, we observed $330,000 in VPEG funds sent to World Champion Fantasy since January 1, 2021. We also observed a $200,000 SAFE Note between Visionary Entertainment and Media and World Champion Fantasy.
[10] VPEG references the investment as COMET, but it appears that the company is known as CG Hub (powered by COMET).

Exhibit 1

*Michigan Potash Company*

In the Black Saddle LOI, VPEG indicated its investment in Michigan Potash Company was worth $3,489,431 as of December 31, 2024.

Michigan Potash Company provided the following information pursuant to our request:

- VPEG owns 33 membership interests in Potash Investment LLC (out of 1,870) or around 1.8%. Potash Investment then invests in Michigan Potash Company.[11] VPEG does not directly own an interest in Michigan Potash Company.
- No 409a has been prepared for Potash Investment LLC, but management estimates VPEG's membership interest to be worth approximately $5,000 per unit based on third-party transactions of membership interests (for a total value of VPEG's interest of approximately $165,000).
- There was a liquidity event anticipated in 2012. However, the capital project of the underlying company (Michigan Potash Company) has become massive and complex, with $800 million needed to fully fund the project.
- Michigan Potash Company was in discussions with the US Federal government for $350 million in funding, but that funding has not materialized at this point in time.
- There was one missed capital call by VPEG in November 2024 for $1,782.51.

*McCarvill Capital Partners*

In the Black Saddle LOI, VPEG indicated that its investment in McCarvill Capital Partners was worth $263,648 as of December 31, 2024.

McCarvill Capital Partners provided the following information pursuant to our request:

- VPEG owns 2.55% of the company in Class B LLC units.
- The company provided its 2024 audited financial statements,[12] which indicated total assets of $438,210 and total liabilities of $68,340 The financial statements also indicated total revenue of $1,092,140 and total expenses of $2,405,106 for a net loss of -$1,312,966.
- The company is hoping to make a preferred return payment for 2023 this year.

---

[11] Based on publicly available information, it appears that Potash Investment LLC owns no more than 35% of Michigan Potash Company (since the founder was reported to have a 65% interest).

[12] The financial statements provided were for MCP Securities, LLC, a broker-dealer and a wholly-owned subsidiary of McCarvill Capital Partners. MCP Securities LLC provides funding for private placement of securities.

Exhibit 1

*Recovery Force*

In the Black Saddle LOI, VPEG indicated its investment in Recovery Force was worth $648,756 as of December 31, 2024.

Recovery Force provided the following information pursuant to our request:

- VPEG originally invested $200,000 in common units of Recovery Force LLC, which was later transferred (in July 2024) into two legal entities (Recovery Force Health LLC and PreGame Athletics LLC).
- VPEG owns 40,339.89 units of Recovery Force Health LLC and 21,317.39 units of PreGame Athletics LLC.
- The most recent capital raises at the time of the 2024 transfer (which were in 2023) indicated values-per-share of $4.745 for Recovery Force Health LLC and $3.182 for PreGame Athletics LLC. At these prices, VPEG's interest in the two entities combined would be $259,245.

*SmartHealth DX*

In the Black Saddle LOI, VPEG indicated its investment in SmartHealth DX was worth $2,089,124 as of December 31, 2024.

SmartHealth DX provided the following information pursuant to our request:

- VPEG owns 83,334 shares of common stock of SmartHealth DX (purchased at $3.00 per share, or approximately $250,000), which is 0.084% on a fully diluted basis.
- Employee option grants have been historically issued at an exercise price of $2.75 per share (applied to VPEG's shares would result in a value of $229,169).
- There is no announced or committed liquidation event at this time, but there could be a liquidity event at some point in the next five years (although such an event is inherently uncertain).

*Spiffy*

In the Black Saddle LOI, VPEG indicated its investment in Spiffy was worth $202,905 as of December 31, 2024.

Spiffy has not replied to our request. Based on the documents and information currently available:

- VPEG invested in Series A Preferred Stock (104,602 shares).
- Spiffy is facing at least one lawsuit claiming "Spiffy executives misrepresented the company's profitability, business model and marketing strategies."[13] There are cases in Maryland and California federal courts and other cases in the American Arbitration Association.[14]
- Spiffy has had additional rounds of financing (Series B, Series C, and Non-Convertible Debt) in 2023 based on data from S&P Capital IQ.

---

[13] https://abc7news.com/post/franchisees-get-spiffy-claim-mobile-car-care-company-inflated-partnerships/17136401/
[14] https://www.prnewswire.com/news-releases/get-spiffy-faces-multiple-lawsuits-alleging-franchise-deception-and-financial-abuse-302467698.html

Exhibit 1

*Subnation*

In the Black Saddle LOI, VPEG indicated its investment in Subnation was worth $200,000 as of December 31, 2024.

Subnation provided the following information pursuant to our request:

- VPEG invested in Subnation through a $200,000 SAFE Note in 2023.
- The company is currently dormant and has no day-to-day operations. Counsel for the majority shareholder is handling necessary items for the time being.

*BioQ Pharma*

In the Black Saddle LOI, VPEG indicated that its investment in BioQ Pharma was worth $3,911,373 as of December 31, 2024.

BioQ Pharma has not replied to our request. Based on the documents and information currently available, VPEG appears to have Series D Preferred Stock (75,000 shares) and a convertible note. The company's website[15] does not have any "news" postings since 2021.

*AntMoney / Blast*

In the Black Saddle LOI, VPEG indicated its investment in AntMoney / Blast[16] was worth $1,483,896 as of December 31, 2024.

AntMoney / Blast provided the following information pursuant to our request:

- VPEG invested $200,000 in Blast through a SAFE note in 2018, which converted to 104,712 preferred shares in Blast.
- In 2021, Blast merged into Ant Transaction Machines, Inc. ("ATM") and VPEG's preferred shares in Blast converted to 101,661 preferred shares in ATM.
- In 2023, ATM went through a pro-rata financing round in which VPEG did not participate. This resulted in VPEG's preferred shares being converted to 50,830 common shares.
- Separately, VPEG made an investment in 2021 for 100,000 preferred shares. These were also converted to common shares in 2023 (50,000 common shares).
- VPEG's total holdings are 100,830 common shares in ATM.
- Based on a valuation performed as of October 31, 2024, ATM's common stock is worth $0.06 per share. This results in a value for VPEG's holdings of $6,050.

---

[15] https://bioqpharma.com/news/
[16] The legal entity name is Blast Intergalactic Group, Inc. and was originally known as Investable Games Technology.

Exhibit 1

*The Power of Preparedness*

In the Black Saddle LOI, VPEG indicated its investment in The Power of Preparedness ("TPOP") was worth $651,836 as of December 31, 2024.

VPEG has a convertible note with TPOP for $500,000. The accrued interest through February 2026 was an additional $172,027 according to TPOP's financial statements, for a total balance of $672,027.

In late 2025, TPOP contacted the Receiver with a proposal to convert VPEG's debt and accrued interest to equity in the company. TPOP's proposed conversion would result in an approximately 20% ownership interest in TPOP (using a company value of $3,000,000 as described in the convertible note).

The Receiver requested additional information about TPOP to evaluate the potential conversion, including information about the company's sales pipeline, historical and projected financial statements, and business plans. This information was provided by TPOP.

TPOP's revenue for 2023 through 2025 has been approximately $230,000, $443,000, and $309,000 respectively. The net income during those years has been approximately $27,000, $237,000, and -$146,000 respectively. The company has total assets of approximately $155,000 and liabilities of approximately $956,000.

Discussions with TPOP are ongoing, and no decision has been made regarding conversion at this time.

*TyreFlow*

In the Black Saddle LOI, VPEG indicated its investment in TyreFlow was worth $250,000 as of December 31, 2024.

TyreFlow provided the following information pursuant to our request:

- VPEG invested in TyreFlow through a $250,000 convertible note in May 2024 that was due one year later.
- The note is currently in default (which triggers an increase in the interest rate from 10% to 15%).
- The company is seeking additional debt financing.

The Receiver has not engaged in discussions about converting the debt to equity at this time.

Exhibit 1

*Thirteen Lune*

In the Black Saddle LOI, VPEG indicated that its investment in Thirteen Lune was worth $240,943 as of December 31, 2024.

Thirteen Lune provided the following information pursuant to our request:

- VPEG would be entitled to 4,653 common shares in WBG Thirteen Lune, Inc. through a legacy pool for investors in the prior legal entity. This would reflect a 0.05% ownership interest. The shares would be purchased at $0.10 per share.
  - Based on the documents and information currently available, it appears that VPEG originally invested in Thirteen Lune through Series Seed Preferred shares. In late 2024, Thirteen Lune went through an insolvency process and was acquired by SNR Capital through an assignment for the benefit of creditors ("ABC") process, which is an alternative to bankruptcy.[17]
- No 409a valuation has been performed at this point.

*Revelator*

In the Black Saddle LOI, VPEG indicated that its investment in Revelator was worth $301,182 as of December 31, 2024.

This company was listed as an investment by Visionary Entertainment and Media ("VEAM") and/or Visionary Media Group ("VMG").[18] Based on the documents made available to the Receiver, both VEAM and VPEG are investors in Revelator.

VPEG made a $250,000 investment in Revelator through Preferred A-1 Shares in 2021. VEAM made an identical investment.[19]

On April 1, 2026, Warner Music entered into a definitive agreement to acquire Revelator.[20] The Receiver had been in communication with Revelator regarding the deal prior to the announcement (but did not have any role in advising Revelator). Based on the information provided by Revelator, the transaction will result in liquidity of approximately $500,000 to VPEG.

*ZEEP*

In the Black Saddle LOI, VPEG indicated its investment in ZEEP was worth $355,292 as of December 31, 2024.

ZEEP provided the following information pursuant to our request:

- VPEG made a $200,000 investment in common shares in 2011 and participated in a rights offering in 2024. There was a 10-for-1 reverse stock split in March 2025.
- In total, VPEG invested $204,545 and owns 72,728 shares (0.27% of the company).
- On March 10, 2026, ZEEP filed for Chapter 11 bankruptcy. With shareholder approval, the company is selling its last substantive asset to satisfy creditors and, if possible, will make a final distribution to shareholders.

---

[17] https://www.beautyindependent.com/new-thirteen-lune-owner-snr-capital-brand-relationships/
[18] VEAM and VMG were often described as a single operation. As described in the Receiver Report dated September 23, 2025, VMG is simply a cost center for many activities of VEAM.
[19] VEAM is not subject to the receivership. The information is provided for context only.
[20] https://www.wmg.com/news/warner-music-group-agrees-to-acquire-revelator-state-of-the-art-independent-music-platform

Exhibit 1

*Visionary Media Group and Visionary Entertainment and Media*

In the Black Saddle LOI, VPEG indicated that its investment in VMG and VEAM was worth $15,691,913 as of December 31, 2024 (it appears that VPEG reported the value on a combined basis). It also appears that this value is inclusive of VEAM's and/or VMG's investments in portfolio companies (e.g., World Champion Fantasy, Revelator, and InSoundz).

As discussed in the Receiver Report dated September 23, 2025, VEAM and VMG have had significant losses over the past several years. VEAM had over $4,200,000 in losses from 2021 through 2024, and VMG had over $3,600,000 in losses during that same period. The Receiver was provided access to the bank accounts for these entities (although they are not part of the receivership), and the accounts have had negligible activity since the Receiver was appointed in June 2025.

*Victory Clean Energy*

In the Black Saddle LOI, VPEG indicated its investment in Victory Clean Energy was worth $19,075,949 as of December 31, 2024.

Victory Clean Energy pointed us to its publicly available filings in response to our request.

As discussed in the Receiver Report dated September 23, 2025, Victory Clean Energy is traded over-the-counter ("OTC") and is extremely thinly traded. VPEG owns 50,961,957 shares (based on information as of September 30, 2024). The last known price for the company was $0.0002 per share,[21] which results in a value of $10,192.

The company's external auditor identified substantial doubt about the entity's ability to continue as a going concern and included an emphasis-of-matter paragraph in the most recent public filing of financial information (the September 30, 2024 10-Q), stating that the financial situation "raise[s] substantial doubt about the Company's ability to continue as a going concern within one year after the date of issuance of the consolidated financial statements." Generally, this statement means the audit firm has doubt the company being audited will still exist as an operating entity in its current state in the near term (e.g., the company may be insolvent or face bankruptcy risk due to mounting losses, debt, or other financial challenges).

---

[21] Yahoo Finance, as of June 30, 2026, close.

Exhibit 1

*Shop4E*

In the Black Saddle LOI, VPEG indicated its investment in Shop4E was worth $4,101,028 as of December 31, 2024.

As discussed in the Receiver Report dated September 23, 2025, Shop4E had zero revenue from 2021 through 2023 and had retained earnings of approximately -$2,500,000 as of December 31, 2023. Shop4E's bank account was closed due to lack of activity in April 2025 (or earlier).

*POP! Gourmet*

In the Black Saddle LOI, VPEG indicated its investment in POP! Gourmet was worth $5,036,241 as of December 31, 2024.

As discussed in the Receiver Report dated September 23, 2025, POP! Gourmet is in the process of a sheriff sale. The sheriff sale has continued to be postponed periodically. The company's reported equity was approximately -$6,400,000 as of December 31, 2023.

*Visionary Vaccination and Health Services*

In the Black Saddle LOI, VPEG indicated its investment in Visionary Vaccination and Health Services ("VVHS") was worth $1,187,792 as of December 31, 2024.

As discussed in the Receiver Report dated September 23, 2025 (and noted by the Court in various filings), VVHS is defunct and holds de minimis assets.

*Navitus Energy*

In the Black Saddle LOI, VPEG indicated its investment in Navitus Energy was worth $16,950,484 as of December 31, 2024.

Based on the 2024 K-1, VPEG owns a 31.52% interest in Navitus Partners LLC. There is a reference to an additional upstream entity (i.e., an entity that Navitus Partners LLC has an ownership interest in) known as Navitus Energy Group.

Navitus Energy Group and Victory Clean Energy maintained a partnership through 2017, when Navitus Energy Group acquired Victory Clean Energy's 50% interest in Aurora Energy Partners (a joint venture between the two companies). Further publicly available information about Navitus Energy Group is extremely limited.

Information derived from various versions of "Navitus Investor Update" presentations from late 2024 in Mr. Grenley's email account includes the following:

- Navitus Energy Group owns approximately 14,500,000 shares of Victory Clean Energy.
- Navitus Energy Group has a "modest percentage ownership in more than 30 producing oil and gas wells."
- Navitus Energy Group was pursuing collection on a $17,000,000 judgment related to Aurora Energy Partners against multiple defendants in Texas.

Exhibit 1

## *Homeplate*

In the Black Saddle LOI, VPEG indicated its investment in Homeplate was worth $150,000 as of December 31, 2024.

The email we sent the information request to was returned as undeliverable. Records provided to the Receiver indicate that VPEG has a $150,000 convertible note with Homeplate.

Publicly available information from the State of Florida indicates that the corporation's status was inactive,[22] and the company's website was expired.[23] However, news articles indicate that the company was involved with White House initiatives in 2024.[24]

## *IDM*

In the Black Saddle LOI, VPEG indicated its investment in IDM was worth $3,526,832 as of December 31, 2024.

According to the Federal tax returns prepared by Mr. Cosby, IDM has had no revenue since at least 2020 and has only incurred expenses for interest and amortization (related to "R&D Start-Up Costs"). No assets were reported.

## *Health Impact United*

In the Black Saddle LOI, VPEG indicated that its investment in Health Impact United was worth $2,200,000 as of December 31, 2024.

Health Impact United has not replied to our request, and the email we sent the request to was returned as undeliverable. No meaningful public information, including a website, has been found thus far. Based on the records provided by Kevin Huss and Brigitte Bonetti, VPEG had multiple convertible notes with Health Impact United.

---

[22] The Corporation was registered in Delaware, but registered as a foreign corporation in Florida.
[23] https://www.homeplatefood.com/
[24] https://www.getvalify.com/blog/valify-solutions-group-joins-white-house/

Exhibit 1

*META*

In the Black Saddle LOI, VPEG indicated its investment in META[25] was worth $1,752,042 as of December 31, 2024.

META provided the following information pursuant to our request:

- VPEG has an aggregate $559,433 in convertible notes with METAx LLC.
- A separate legal entity (Visionary META LLC) has a 12.37% common equity interest in METAx LLC. That interest was derived from a consulting agreement between METAx LLC and Visionary Digital LLC from September 2018.
- Any expected liquidation events are unknown.
- No estimate of value was provided.

Additionally, in investor updates prepared by Mr. Grenley and publicly available information, METAx LLC appears to be operating, but is engaged in litigation against the publicly-traded company Meta (i.e., Facebook / Instagram) related to trademark infringement (METAx LLC has sued the public company). The case appears to be active and in the discovery phase.

*Café Agave*

In the Black Saddle LOI, VPEG indicated its investment in Café Agave was worth $857,168 as of December 31, 2024.

Café Agave has not replied to our request. Records available to the Receiver indicate that VPEG owned 500,000 shares of the company at the time the investment was made.

Based on the information in a 2023 portfolio update prepared by Mr. Grenley, it appears that the company's only remaining activity at the time was recovering funds from an insurance claim.

*BlackAcre*

In the Black Saddle LOI, VPEG indicated its investment in Blackacre was worth $1,289,986 as of December 31, 2024.

We have not been able to identify, from the records available and through searches of the email accounts, an individual who appeared to be a point of contact for VPEG at Blackacre. We have not been able to find any publicly available information about the company, nor have we been able to identify any ownership documents or loan agreements related to VPEG. Documents provided by Kevin Huss and Brigitte Bonetti related to Blackacre contain option agreements between three other companies and Blackacre.

There is a reference in the Navitus Energy Group Investor Update (previously described) to Blackacre as being a strategic partner to Navitus Energy Group (and the two companies were taking leases to control a natural gas well, presumably in Texas).

---

[25] The legal name of the entity is METAx LLC and is not affiliated with Meta (the publicly traded company associated with Facebook and Instagram).

Exhibit 1

*HFLP*

In the Black Saddle LOI, VPEG indicated its investment in HFLP was worth $324,301 as of December 31, 2024.

We have not been able to identify, from the records available and through searches of the email accounts, an individual who appeared to be a current point of contact for VPEG at HFLP.[26] We have not been able to find any meaningful publicly available information about the company, nor have we been able to identify any ownership documents or loan agreements related to VPEG. Documents provided by Kevin Huss and Brigitte Bonetti related to HFLP contain a letter from Mr. Cosby to Cliff Hair in 2011, along with a $23,000 check, for VPEG's investment in the "Brooks lease."

*NanobiosymDx*

In the Black Saddle LOI, VPEG indicated its investment in NanobiosymDx was worth $670,000 as of December 31, 2024.

The company initially responded to our request stating that it would like to meet to discuss, but has not responded to further communications. Documents available to the Receiver indicate VPEG has two convertible notes with the company.

The company website's most recent news is from 2021, generally related to COVID testing.[27]

*SkinTe*

VPEG did not provide an indication of value for its investment in SkinTe in the Black Saddle LOI.

SkinTe has not replied to our request (the email was returned as undeliverable). Records available to the Receiver indicate that VPEG purchased 58,898 Series A-1 Preferred shares of the company in 2021 for $200,000.[28]

Based on the information in a 2023 portfolio update prepared by Mr. Grenley, the company indicated it could not raise funds to continue operations. The company's website, however, appears to be operational.

*Healion Bio*

VPEG did not provide an indication of value for its investment in Healion Bio in the Black Saddle LOI.

We have not been able to identify, from the records available and through searches of the email accounts, an individual who appeared to be a point of contact for VPEG at Healion Bio. Documents available indicate VPEG had a convertible note with the company for $400,000.

The company's assets were acquired for approximately $1,200,000 by Tonix Pharma in 2023. VPEG appears to have received $467,521 related to this transaction on February 1, 2023, and the investment has been "cleared" in VPEG's Quickbooks account (i.e., zero'ed out). It appears VPEG no longer has any investment in Healion Bio.

---

[26] Cliff Hair was the addressee of a 2011 letter sent by Mr. Cosby, but we have not been able to find his contact information.
[27] https://www.nanobiosym.com/
[28] Notably, Allen Ali signed on behalf of VPEG for this investment.

Exhibit 1

*Renovare Environmental (Bio Hi-Tech Global)*

VPEG did not provide an indication of value for its investment in Renovare Environmental (Bio Hi-Tech Global) ("Renovare") in the Black Saddle LOI. Based on the information in documents available to the Receiver, VPEG had a convertible note from 2016 with the company that converted to equity under a 2018 Mandatory Conversion Notice. VPEG received 109,091 shares (at $2.75 per share) from the principal of the note, 8,758 shares from the accrued interest, and the potential for an additional 109,091 shares from warrants. It is unknown if the warrants were exercised.

Renovare has not replied to our request (the email was returned as undeliverable).

Renovare is publicly traded OTC, and sells for $0.0001 per share as of June 30, 2026 (for a total value of VPEG's interest of $12). In 2023, news sources indicated the company was facing significant struggles.[29]

## Conclusion

Based on the information available to the Receiver at this point in time, the value of VEPG's portfolio appears to be less than $10,000,000 as stated at the preliminary injunction hearing. Based on the indicated values from the portfolio companies (and assuming that the companies for which no value estimate was provided and the companies that did not appear to be operating anymore are worth zero), then the portfolio would be worth approximately $3,500,000.

As stated in his testimony, the Receiver has not performed valuations of the portfolio companies (as that term is used in the valuation profession) and is providing this estimated value to assist the Court and provide transparency to the limited partners.

---

[29] https://www.wastedive.com/news/renovare-traqiq-aerobic-digester-entsorga/640053/

Exhibit 1