**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OLIVER AND COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00132-MTS |
| | ) | |
| DR. RONALD ZAMBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S MONTHLY OPERATING REPORT FOR JUNE 2026**

Receiver Jason Buhlinger ("Receiver"), through his undersigned counsel, attaches hereto

as **Exhibit 1** his Monthly Operating Report for June 2026 for the Receivership Entities pursuant

to the Court's Memorandum and Order dated June 4, 2025.  Receiver does not believe this report

contains information that would require Receiver to seek leave to file it under seal.

Dated: August 5, 2026                               Respectfully submitted,

                                                    **LEWIS RICE LLC**

                                        By:     /s/ C. David Goerisch
                                                Larry E. Parres, #35597MO
                                                C. David Goerisch, #48418MO
                                                600 Washington Avenue, Suite 2500
                                                St. Louis, Missouri 63101
                                                (314) 444-7600 (telephone)
                                                (314) 612-7683 (facsimile)
                                                lparres@lewisrice.com
                                                dgoerisch@lewisrice.com

                                                Attorneys for Receiver Jason Buhlinger