Date:   July 28, 2026

From:   Jason Buhlinger, Armanino Advisory LLC

To:    United States District Court
       Eastern District of Missouri
       Eastern Division

**RE: June 2026 Monthly Operating Report for Visionary Private Equity Group I LP and Visionary Fund Manager LLC**

The Court has requested that we provide a monthly operating report containing a statement of cash receipts and disbursements by Receiver, a statement of accrued accounts receivable, a statement of accrued rents, and a statement of accounts payable.[1]

**Visionary Private Equity Group I LP ("VPEG")**

This monthly operating report is limited to June 2026 and includes a summary of cash receipts and disbursements in the attached schedules. Additional monthly operating reports will be prepared as additional months are completed going forward.

Accrued rent payable by VPEG to Cullinan Properties is **$35,565.08**. Accounts receivable cannot be accurately and completely determined with currently available information. Accounts payable for VPEG is currently estimated to be at least **$2,318,600.77** as shown below:[2]

---

[1] Due to the ongoing nature of our analysis, information in this memorandum is still preliminary in nature, based on information currently known by us, and is subject to change as additional information becomes available. No information in this memorandum should be interpreted as a legal opinion, legal advice, or expert opinion (as those terms are generally used in financial litigation settings). Armanino offers no opinions regarding the financial statements prepared by VPEG, VPEG's controls or processes, or compliance with any contracts or agreements.

[2] The VPEG Receiver Report contains additional information about accounts payable for Visionary Entertainment and Media LLC ("VEAM") and Visionary Media Group LLC ("VMG"). In total, VEAM accounts payable is estimated to be at least **$466,202.39** and VMG accounts payable is estimated to be **$697,814.13**.

Exhibit 1

2

| Visionary Private Equity Group | | |
|---|---|---|
| **Payable to** | **Amount** | **as of** |
| Armanino (Receiver) | $   491,391.25 | 6/30/2026 |
| Lewis Rice (Receiver Counsel) | 347,152.02 | 6/30/2026 |
| Office Rent - Cullinan Properties | 35,565.08 | 8/6/2025 |
| Dynamo (Portal Software) - Past Invoices | 17,801.40 | 7/22/2025 |
| Dynamo (Portal Software) - 2025-2026 Renewal | 63,234.76 | 7/22/2025 |
| Investor Relations Team | unknown | 8/27/2025 |
| Kevin DeLeon / Highgate Capital LLC | 75,000.00 | 11/30/2025 |
| Allen Ali | 221,804.00 | 11/30/2025 |
| Inspira | 39,020.00 | 4/16/2025 |
| Investor 1 (2024 RMD from IRA) | 1,883.01 | 8/21/2025 |
| Investor 2 (2024 RMD from IRA) | 10,772.88 | 8/21/2025 |
| Investor 3 (2024 RMD from IRA) | 996.98 | 8/21/2025 |
| Investor 4 (2024 RMD from IRA) | 1,278.87 | 8/21/2025 |
| Investor 5 (2024 RMD from IRA) | 21,988.90 | 8/21/2025 |
| Investor 6 (2024 RMD from IRA) | 231.53 | 8/21/2025 |
| Investor 7 (2024 RMD from IRA) | 2,843.60 | 8/21/2025 |
| Investor 8 (2024 RMD from IRA) | 571.62 | 8/21/2025 |
| Investor 9 (2024 RMD from IRA) | 2,163.00 | 8/21/2025 |
| Investor 10 (2024 RMD from IRA) | 7,818.14 | 8/21/2025 |
| Investor 11 (2024 RMD from IRA) | 642.19 | 8/21/2025 |
| Investor 12 (2024 RMD from IRA) | 919.45 | 8/21/2025 |
| Investor 13 (2024 RMD from IRA) | 103.56 | 8/21/2025 |
| Investor 14 (2024 RMD from IRA) | 100.76 | 8/21/2025 |
| Investor 15 (2024 RMD from IRA) | 91.64 | 8/21/2025 |
| Investor 16 (2024 RMD from IRA) | 7,731.96 | 8/21/2025 |
| Investor 17 (2024 RMD from IRA) | 549.02 | 8/21/2025 |
| Investor 18 (2024 RMD from IRA) | 919.45 | 8/21/2025 |
| 2024 RMD Penalty | 6,160.66 | 11/30/2025 |
| 2025 RMDs from IRAs (Estimate for 19 Individuals) | 81,000.00 | 11/30/2025 |
| 2025 RMD Penalty | 8,100.00 | 11/30/2025 |
| 2021 Distributions Payable | unknown | 8/27/2025 |
| 2022 Inter-Investor Share Purchase Payable | 15,000.00 | 5/20/2022 |
| Nico Albano | 40,000.00 | 6/9/2025 |
| Malkmus Law Firm | 42,762.40 | 8/19/2025 |
| Ky O'Keefe | 80,724.64 | 8/12/2025 |
| Vendor 1 [Doc 82 @ 41] | 96,000.00 | unknown |
| Vendor 2 [Doc 82 @ 119] | 181,278.00 | unknown |
| Vendor 3 [Doc 82 @ 88] | 120,000.00 | unknown |
| Vendor 4 [Doc 73-2 @ 5] | 75,000.00 | unknown |
| Vendor 5 [Doc 48-8 @ 4] | 220,000.00 | unknown |
| **Total VPEG** | **$  2,318,600.77** | |

If additional information becomes available (e.g., all contracts with vendors and consultants), this report will be supplemented as warranted.

## Visionary Fund Manager LLC ("VFM")

The last reported balance of the VFM bank account at Wells Fargo was $0, and it appears that there has not been any activity in the account since April 2024.

Exhibit 1

**Visionary Private Equity Group I LP ("VPEG")**

**Monthly Operating Report - Cash Receipts and Disbursements**
**For the Month Ended:    June 30, 2026**
*USD in whole $*

| Cash Activity Summary (1) | | VPEG | | VEAM | | VMG |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $ | 257,340.88 | $ | 351.81 | $ | - |
| **Cash Receipts** | | | | | | |
| Operations | $ | - | $ | 508.82 | $ | - |
| Other / Unknown | $ | - | $ | - | $ | 1.52 |
| **Total Cash Receipts** | $ | - | $ | 508.82 | $ | 1.52 |
| **Cash Disbursements** | | | | | | |
| Operations and Consultants | $ | 15,000.00 | $ | - | $ | - |
| Software and Subscriptions | $ | 1,083.59 | $ | - | $ | - |
| Overdraft | $ | - | $ | - | $ | - |
| Taxes and Licenses | $ | - | $ | - | $ | - |
| **Subtotal Cash Disbursements** | $ | 16,083.59 | $ | - | $ | - |
| **Cash Disbursements on Behalf of Other Entities** | | | | | | |
| VPEG | | na | $ | - | $ | - |
| VEAM | $ | - | | na | $ | - |
| VMG | $ | - | $ | - | | na |
| **Total Cash Disbursements** | $ | 16,083.59 | $ | - | $ | - |
| **Net Change in Cash** | $ | (16,083.59) | $ | 508.82 | $ | 1.52 |
| **Ending Cash Balance** | $ | 241,257.29 | $ | 860.63 | $ | 1.52 |

(1)    Based on bank statements, wire transfer confirmations and check details for the Bank Accounts, and discussions with VPEG personnel and consultants. Research related to expenses is ongoing, and classifications may change as additional information becomes available.

(2)    It appears that VPEG, VEAM, and VMG occassionally pay expenses related to other entities (e.g., VPEG pays a VMG consultant). Additional detail is available in the accompanying transaction detail, where the "entity paying" and "entity working for" do not match.

Exhibit 1

**Visionary Private Equity Group I LP ("VPEG")**

**Monthly Operating Report - Transaction Detail**
**For the Month Ended:**    **June 30, 2026**
*USD in whole $*

**Transaction Details - Inflows**

| Account | Date | Description | | Amount | Category | Entity |
|---|---|---|---|---|---|---|
| GSB x8717 | 6/8/2026 | Patreon  Patreon       CCD | $ | 3.90 | Operations | VEAM |
| GSB x8717 | 6/18/2026 | DOMPB ROYL ASCAP | $ | 504.92 | Operations | VEAM |
| GSB x4112 | 6/2/2026 | GOOGLE *ADS26006 MOUNTAIN VIEW CA 060126 479230 Card#1404 | $ | 1.52 | Other / Unknown | VMG |

**Transaction Details - Outflows**

| Account | Date | Description | | Amount | Category | Recipient | Entity Paying | Entity Working For |
|---|---|---|---|---|---|---|---|---|
| GSB x7339 | 6/1/2026 | Google Workspace MOUNTAIN VIEW CA 060126 117014 Card#7118 | $ | 1,058.40 | Software and Subscriptions | Google Suite | VPEG | VPEG |
| GSB x7339 | 6/9/2026 | GODADDY 4805058855 AZ 060826 Card# 7118 | $ | 25.19 | Software and Subscriptions | GoDaddy.com | VPEG | VPEG |
| GSB x7339 | 6/23/2026 | 2912 | $ | 15,000.00 | Operations and Consultants | Brigitte Bonetti | VPEG | VPEG |

Exhibit 1