**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OLIVER AND COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00132-MTS |
| | ) | |
| DR. RONALD ZAMBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

COMES NOW Larry E. Parres and hereby withdraws his appearance as counsel for Receiver Jason Buhlinger, who will continue to be represented in this matter by C. David Goerisch of Lewis Rice LLC.

Dated: August 20, 2026

Respectfully submitted,

**LEWIS RICE LLC**

By: /s/ Larry E. Parres

Larry E. Parres, #35597MO
C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7600 (telephone)
(314) 612-7683 (facsimile)
lparres@lewisrice.com
dgoerisch@lewisrice.com

Attorneys for Receiver Jason Buhlinger