**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OLIVER AND COMPANY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00132-MTS |
| | ) | |
| DR. RONALD ZAMBER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S MONTHLY OPERATING REPORT FOR JULY 2026**

Receiver Jason Buhlinger ("Receiver"), through his undersigned counsel, attaches hereto as **Exhibit 1** his Monthly Operating Report for July 2026 for the Receivership Entities pursuant to the Court's Memorandum and Order dated June 4, 2025. Receiver does not believe this report contains information that would require Receiver to seek leave to file it under seal.

Dated: August 31, 2026

Respectfully submitted,

**LEWIS RICE LLC**

By: /s/ C. David Goerisch
C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7600 (telephone)
(314) 612-7683 (facsimile)
dgoerisch@lewisrice.com

Attorney for Receiver Jason Buhlinger